**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6719**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TRAVIS TRAVEL SCOTT,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:14-cr-00178-AWA-LRL-2)

Submitted: November 17, 2022                    Decided: November 23, 2022

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis Travel Scott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Travel Scott appeals the district court's order denying his counseled motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and dismissing his earlier pro se motion as moot. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Scott's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. *United States v. Scott*, No. 2:14-cr-00178-AWA-LRL-2 (E.D. Va. May 31, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*